IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>  vs. )<br>JONATHAN I. STARR, )<br>    Defendant. ) | 8:08CR95<br><br>ORDER |

  Defendant Jonathan I. Starr appeared before the court on July 27, 2011 on a Petition for Warrant or Summons for Offender Under Supervision [37]. The defendant was represented by Assistant Federal Public Defender David R. Stickman and the United States was represented by Assistant U.S. Attorney Sandra L. Denton. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). A hearing on the issue of detention was held on August 2, 2011. **The defendant shall be released on current terms of supervision, which now include the requirement that he be in in-patient treatment upon notification from the probation office that such acceptance into treatment has been arranged and approved.**

  I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

  **IT IS ORDERED**:

  1. A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **August 26, 2011 at 1:30 p.m.** Defendant must be present in person.

  2. The defendant, Jonathan I. Starr, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility until defendant's acceptance into in-patient treatment;

  3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

  4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

  DATED this 2nd day of August, 2011.

                BY THE COURT:

                s/ F. A. Gossett
                United States Magistrate Judge